UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| STEPHEN WARREN | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:21-cv-00200-JAW |
| | ) | |
| | ) | |
| SEAN MAGUIRE, et al. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 22, 2021 (ECF No. 7), the Court affirms the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision.  The Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

Accordingly, it is ORDERED that the Recommended Decision (ECF No. 7) of the Magistrate Judge be and hereby is AFFIRMED, and the Court DISMISSES the Plaintiffs' Complaint (ECF No. 1) without prejudice.

SO ORDERED.

                                                            <u>/s/ John A. Woodcock, Jr.</u>
                                                            JOHN A. WOODCOCK, JR.
                                                            UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2021